SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

*Attorneys at Law*

475 White Horse Pike ▪ Collingswood, NJ 08107
Telephone: 856-858-1770 ▪ Fax: 856-858-7012
www.sfmslaw.com



JAMES C. SHAH‡
jshah@sfmslaw.com

January 28, 2020

**Electronically Filed Via CM/ECF**
Clerk of Court
United States District Court
 for the District of New Jersey
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Cho, et al. v. The Prudential Insurance Company of America, et al.*
     Case No. 2:19-cv-19886 (JVM)(SCM)

Dear Sir/Madam:

We represent Plaintiff, Young Cho, in the above-captioned matter. We write pursuant to L.Civ.R. 7.1 (d)(5) to invoke an automatic extension to oppose Defendants' Motion to Dismiss Plaintiff's Complaint (Docket Entry No. 16), the current deadline for which is February 4, 2020. The new motion day will be March 2, 2020, and the new deadline for the opposition papers will be February 18, 2020.

Thank you for your attention to this matter.

| Respectfully submitted, | SO ORDERED. |
|---|---|
| s/*James C. Shah* | s/ John Michael Vazquez |
| James C. Shah | John Michael Vazquez, U.S.D.J. |
| JCS/sm | Date: 1/28/2020 |

cc: All Counsel of Record (Via CM/ECF)

---

‡ Admitted to practice law in CA, NJ, NY, PA and WI

CALIFORNIA ▪ CONNECTICUT ▪ FLORIDA ▪ NEW JERSEY ▪ NEW YORK ▪ PENNSYLVANIA ▪ WISCONSIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2020, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF filing system and, by so doing, served all counsel of record electronically.

                                             s/James C. Shah