SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
NATALIE FINKELMAN BENNETT
JAMES C. SHAH
475 White Horse Pike
Collingswood, NJ 08107
Telephone: 856/858-1770
Facsimile: 866/300-7367
Email: jshah@sfmslaw.com
        nfinkelman@sfmslaw.com

*Attorneys for Plaintiff, The Plan, and*
*The Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOUNG CHO,<br>Individually and as Representative of a Class of Similarly Situated Persons, and on Behalf of the PRUDENTIAL EMPLOYEE SAVINGS 401(k) PLAN,<br><br>       Plaintiff,<br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL EMPLOYEE SAVINGS PLAN ADMINISTRATIVE COMMITTEE, PRUDENTIAL INVESTMENT OVERSIGHT COMMITEEE, BELLWETHER CONSULTING LLC, LUCIEN ALZIARI, SARA BONESTEEL, ELLEN BORAK, TINA CAWLEY, THOMAS LAURITA, PATRICK LYNCH, JOSEPH MACHEWIRTH, LYNN MCTAGGART, GARY NEUBECK, KEVIN PRUE, SCOTT RAMSAY, SCOTT SLEYSTER, and SHARON TAYLOR,<br><br>       Defendants. | Civil Action No. 2:19-cv-19886 (JMV)(LDW)<br><br><br>**[PROPOSED] STIPULATION AND ORDER REGARDING BELLWETHER CONSULTING LLC'S AND THE INDIVIDUAL DEFENDANTS' AGREEMENT TO BE BOUND BY THE OPERATIVE DISCOVERY CONFIDENTIALITY ORDER AND JOINT ESI PROTOCOL** |

Plaintiff, Young Cho ("Plaintiff") and Defendants, Bellwether Consulting LLC ("Bellwether") and Lucien Alziari, Sara Bonesteel, Ellen Borak, Tina Cawley, Thomas Laurita, Patrick Lynch, Joseph Machewirth, Lynn McTaggart, Gary Neubeck, Kevin Prue, Scott Ramsay, Scott Sleyster, and Sharon Taylor ("Individual Defendants") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his initial Class Action Complaint against The Prudential Insurance Company of America, Prudential Administrative Committee, Prudential Investment Oversight Committee ("Prudential Defendants"), and Does No. 1-20, who are the previously unknown Individual Defendants, on November 5, 2019 [Dkt. No. 1];

WHEREAS, Plaintiff and Prudential Defendants negotiated and submitted a Joint ESI Protocol to govern the production of electronically stored information ("ESI") in this action on June 8, 2020 [Dkt. No. 42-1];

WHEREAS, Plaintiff and Prudential Defendants negotiated and submitted a Discovery Confidentiality Order ("DCO"), which was entered by the Court on June 17, 2020 [Dkt. No. 45];

WHEREAS, Plaintiff filed his Amended Class Action Complaint, which added Bellwether and the since-identified Individual Defendants as defendants, on September 17, 2020 [Dkt. No. 53];

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Bellwether and the Individual Defendants, by and through their respective undersigned counsel, that:

1.      Bellwether agrees to be bound by the terms outlined in the Discovery Confidentiality Order [Dkt. No. 45] and be treated as a signatory thereto for purposes of discovery in this litigation;

2.      Bellwether agrees to be bound by the terms outlined in the Joint ESI Protocol [Dkt. No. 42-1] and be treated as a signatory thereto for purposes of discovery in this litigation.

3.      The Individual Defendants agree to be bound by the terms outlined in the Discovery Confidentiality Order [Dkt. No. 45] and be treated as signatories thereto for purposes of discovery in this litigation; and

4.      The Individual Defendants agree to be bound by the terms outlined in the Joint ESI Protocol [Dkt. No. 45] and be treated as signatories thereto for purposes of discovery in this litigation.

Dated: February 23, 2021

SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP

By: */s/ James C. Shah*
NATALIE FINKELMAN BENNETT
JAMES C. SHAH
475 White Horse Pike
Collingswood, NJ  08107

*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: */s/ Marion R. Harris*
MICHAEL G. GOLDBERG
JEFFREY ALBERTS
MARION HARRIS
7 Times Square
New York, New York 10036

*Attorneys for Bellwether*

WALSH PIZZI O'REILLY
FALANGA LLP

By: */s/ Tricia B. O'Reilly*
TRICIA B. O'REILLY
JOSEPH L. LINARES
Three Gateway Center
100 Mulberry Street, 15TH Floor
Newark, NJ 07102

*Of counsel*:

WILLKIE FARR & GALLAGHER
LLP
AMANDA S. AMERT
LARUE ROBINSON
SARA KIM
300 North LaSalle
Chicago, IL 60654-3406

*Attorneys for Prudential Defendants
and Individual Defendants*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendant, Bellwether Consulting LLC, shall be bound by the terms of the Discovery Confidentiality Order and treated as a signatory thereto for purposes of this litigation;

**IT IS FURTHER ORDERED** that Defendant, Bellwether Consulting LLC, shall be bound by the terms of the Joint ESI Protocol and treated as a signatory thereto for purposes of this litigation;

**IT IS FURTHER ORDERED** that the Individual Defendants shall be bound by the terms of the Discovery Confidentiality Order and treated as signatories thereto for purposes of this litigation;

**IT IS FURTHER ORDERED** that the Individual Defendants shall be bound by the terms of the Joint ESI Protocol and treated as signatories thereto for purposes of this litigation.

**SO ORDERED**.

**ORDERED** this  26th  day of   February  , 2021

_Leda Dunn Wettre_

**HON. LEDA DUNN WETTRE, U.S.M.J.**