UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOUNG CHO, Individually and as Representative of a Class of Similarly Situated Persons, and on Behalf of the PRUDENTIAL EMPLOYEE SAVINGS 401(k) PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL ADMINISTRATIVE COMMITTEE, PRUDENTIAL INVESTMENT OVERSIGHT COMMITTEE, BELLWETHER CONSULTING LLC, LUCIEN ALZIARI, SARA BONESTEEL, ELLEN BORAK, TINA CAWLEY, THOMAS LAURITA, PATRICK LYNCH, JOSEPH MACHEWIRTH, LYNN MCTAGGART, GARY NEUBECK, KEVIN PRUE, SCOTT RAMSAY, SCOTT SLEYSTER, and SHARON TAYLOR,<br><br>*Defendants*. | Civil Action No. 19-19886 (JMV) (SCM)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 27th day of September 2021,

**ORDERED** that Defendants' motions to dismiss, D.E. 73, 74, are **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6)[1]; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days to file an amended complaint that cures the deficiencies noted herein. If Plaintiff does not file an amended pleading within that time, the claims dismissed herein will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.

---

[1] As noted in the accompanying Opinion, the Court did not dismiss for lack of standing.