Michael G. Goldberg (admitted *pro hac vice*)
Jeffrey Alberts (admitted *pro hac vice*)
Marion R. Harris
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 421-4100

*Attorneys for Defendant Bellwether Consulting LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YOUNG CHO, Individually and as Representative of a Class of Similarly Situated Persons, and on Behalf of the PRUDENTIAL EMPLOYEE SAVINGS 401(k) PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL INVESTMENT OVERSIGHT COMMITTEE, BELLWETHER CONSULTING LLC, LUCIEN ALZIARI, SARA BONESTEEL, GARY NEUBECK, SCOTT SLEYSTER, and SHARON TAYLOR,<br><br>Defendants. | Civil Action No. 2:19-cv-19886 (JMV)(LDW)<br><br>**NOTICE OF MOTION**<br><br>*Electronically Filed*<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on March 7, 2022, or as soon as counsel may be heard, the undersigned, attorneys for Defendant Bellwether Consulting LLC shall move before the Honorable John M. Vazquez, U.S.D.J. at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the undersigned shall rely on the accompanying Memorandum of Law and Declaration of Marion R. Harris, Esq. with exhibits annexed thereto, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: December 20, 2021                                         PRYOR CASHMAN LLP

<u>**/s/ Marion R. Harris**</u>
Marion R. Harris
Michael Goldberg (admitted *pro hac vice*)
Jeffrey Alberts (admitted *pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 421-4100

*Attorneys for Defendant Bellwether Consulting LLC*