**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YOUNG CHO, Individually and as Representative of a Class of Similarly Situated Persons, and on Behalf of the PRUDENTIAL EMPLOYEE SAVINGS 401(k) PLAN,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, *et al*.,<br><br>*Defendants*. | Civil Action No. 19-19886<br><br>**ORDER**<br><br>December 19, 2024 |

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court on the following motions: (1) Defendants Prudential Insurance Company of America ("PICA"), the Investment Oversight Committee (the "IOC"), and the IOC's members collectively ("Members") (collectively "Defendants") motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (ECF 178); (2) Defendants' motion to exclude the opinions and test9imony of Marcia S. Wagner, Richard A. Marin, and Svetla K. Tzenova pursuant to Federal Rule of Evidence 702 (ECF 180); (3) Plaintiffs' motion to preclude the opinions and testimony of Russel R. Wermers pursuant to Federal Rule of Evidence 702 (ECF 184); and (4) Plaintiffs' motion to strike the declaration of Russel R. Wermers in support of Defendants' motion for summary judgment pursuant to Federal Rules of Civil Procedure 26 and 37. (ECF 186.); and this Court, having considered the submissions, for the reasons stated in this Court's Opinion dated December 19, 2024,

**IT IS**, on this 19th day of December 19, 2024,

**ORDERED** Defendants' motion for summary judgment (ECF 178) is **GRANTED;** and it is

**ORDERED** Plaintiffs' motion to strike the declaration of Russel R. Wermers (ECF 186) is **DENIED;** and it is

**ORDERED** Defendants' and Plaintiffs' respective motions to preclude expert testimony (ECF 180; ECF 184) are **DENIED as moot**; and it is finally

**ORDERED** that the Clerk of Court shall close this matter.

/s/ Jamel K. Semper
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:     Clerk
cc:       Jose R. Almonte, U.S.M.J.
          Parties